To Abel Acosta:

17,346-03  7-6-15

MY Name is Gary Wonderly #400104 and at this time I have a case #421700-C in your court and I recieved some mail from you and it was sent to the wrong address.

My mailing address is Billy Moore Correction Center. 8500 North FM 3053, Overton TX 75684. Could you please have my mailing address changed right so I can get my mail in a timely manner.

Thank You !!

Gary Wonderly #400104

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 13 2015
Abel Acosta, Clerk

8500 North FM 3053
Overton Tx
75684

I would also like to know if anything has happened concerning my case.

Tr. Ct NO. 421700C

WR-17,346-03

Thank You !